# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO M. AGUIRRE,<br><br>        Petitioner,<br><br>    v.<br><br>F. GONZALEZ,<br><br>        Respondent. | Case No.  1:13-cv-00120-SAB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY AS MOOT<br><br>(ECF No. 10) |

On April 16, 2013, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed and judgment was entered.  (ECF No. 7.)  In that same order, the Court declined to issue a certificate of appealability.  (Id.)

On May 20, 2013, Petitioner filed a motion for certificate of appealability, along with a notice of appeal.  (ECF NO. 10.)   As just stated, in the final order issued April 16, 2013, the Court found that Petitioner had "not made the required substantial showing of the denial of a constitutional right to justify the issuance of a certificate of appealability." (ECF No. 7, Order at

///
///
///
///
///

1

9.)   Accordingly, because the Court has already found that Petitioner a certificate of appealability is not warranted in this action, Petitioner's motion is DENIED as MOOT.  Any further relief should be filed with the United States Court of Appeals for the Ninth Circuit.


IT IS SO ORDERED.

Dated:   **May 21, 2013**

UNITED STATES MAGISTRATE JUDGE